IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL E. HEILY
    9412 Brian Jac Court
    Great Falls, Virginia 22066
    703-755-5656

Plaintiff,

v.

United States Department of Defense
Serve  Dr. Robert M. Gates, Secretary of Defense
      c/o William J. Haynes, General Council DoD
      1600 Defense Pentagon
      Washington, DC 20301-1600

and

United States Department of Justice
Serve  Attorney General Alberto R. Gonzales
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, DC 20530-0001
Defendants.

JURY TRIAL DEMANDED

Case 1:07-cv-00673
Assigned to: Walton, Reggie B.
Assign Date 4/13/2007
Description: **HEILY V. US D.O.J.**

Attention:  Mike Reheuse

*This Notice memorializes the re-mailing of the Bill of Complaint in this matter to Defendant DoD.*

### NOTICE OF CORRECTION

Comes now the Plaintiff, Daniel Heily and propounds the following:

1. That on April 13, 2007 that the Bill of Complaint in this matter was filed.  And packages were sent to each defendant.

2. The package sent to Defendant DoD contained only Attachment A, and not the Bill of Complaint.

3. The complete lawsuit is being sent to Defendant DoD with this notice.



ORIGINAL    RECEIVED    ORIGINAL

APR 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. The omission came to light when Dave Henshall (703-696-3243) of the DoD FOIA Office called Plaintiff for clarification upon receiving the attachment. We agreed that Mr. Henshall could discard the attachment that he received, and that I would re-send the package in it's entirety.

5. Mr. Henshall provided a contact in the DoD General Counsel Office of Mr. Mike Reheuse (703-571-9357). Mr. Reheuse indicated that he would hold a softcopy of the lawsuit until the hardcopy arrived at the General Counsel Office.

Daniel E. Heily, Plaintiff

 ORIGINAL

### Certificate of Service

I hereby certify that a copy of this Notice was mailed first class, postage prepaid to the following on April 23, 2007 to the parties below. Additionally, the Bill of Complaint was included in the mailing to Defendant DoD

Daniel E. Heily, Plaintiff

ORIGINAL

United States Department of Defense
Dr. Robert M. Gates, Secretary of Defense
c/o William J. Haynes, General Council DoD
1600 Defense Pentagon
Washington, DC 20301-1600
Attention: Mike Reheuse

Sent certified 7005 1160 0002 7262 2940
and via email to
reheusem@dodgc.osd.mil

United States Department of Justice
Attorney General Alberto R. Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Jeffrey A. Taylor
United States Attorney's Office for the District of Columbia
555 4th Street, NW
Washington, DC 20530

Nancy Mayer-Whittington, Clerk of Court
Clerk's Office **Case 1:07-cv-00673**
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001