IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL E. HEILY
    9412 Brian Jac Court
    Great Falls, Virginia 22066
    703-755-5656

**ORIGINAL**

Plaintiff,

Case 1:07-cv-00673
Assigned to: Walton, Reggie B.
Assign Date 4/13/2007
Description: **HEILY V. US D.O.J.**

v.

United States Department of Defense
Serve  Dr. Robert M. Gates, Secretary of Defense
      c/o William J. Haynes, General Council DoD
      1600 Defense Pentagon
      Washington, DC 20301-1600

Attention: Mike Reheuse

and

United States Department of Justice
Serve  Attorney General Alberto R. Gonzales
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, DC 20530-0001
Defendants.

## NOTICE OF SERVICE

In accordance with FRCP Rule 4(i)(1) Plaintiff herewith transmits an original of Summons in a Civil Case (AO 440) to each Defendant, and a copy of each to the Clerk of this Court and to the Civil Intake Clerk for the US Attorney's Office for the District of Columbia.

*Daniel E. Heily*
Daniel Heily, Plaintiff

Certificate of Service

I hereby certify that April 28, 2007 the following were sent as described below by US Mail postage prepaid.

*[signature: Daniel E. Heily]*

Daniel E. Heily
Plaintiff

| | |
|---|---|
| Nancy Mayer-Whittington, Clerk of Court<br>Clerk's Office Case 1:07-cv-00673<br>United States District Court for the DC<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Original of Notice of Service<br>Copy of Summons to Alberto R. Gonzales<br>Copy of Summons to Dr. Robert M. Gates<br>Copy of Summons to US Attorney Civil Intake Clerk<br>Sent Certified 7004 1160 0002 7262 2964 |
| United States Department of Justice<br>Attorney General Alberto R. Gonzales<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Copy of Notice of Service<br>Original of Summons to Alberto R. Gonzales<br><br>Sent Certified 7004 1160 0002 7262 2971 |
| US Department of Defense<br>Dr. Robert M. Gates<br>Secretary of Defense<br>c/o William J. Haynes<br>General Council DoD<br>1600 Defense Pentagon<br>Washington, DC 20301-1600 | Copy of Notice of Service<br>Original of Summons to Dr. Robert M. Gates<br><br>Sent Certified 7004 1160 0002 7262 2988 |
| Civil Intake Clerk<br>United States Attorney's Office<br>for the District of Columbia<br>555 4th Street, NW<br>Washington, DC 20530 | Copy of Notice of Service<br>Original of Summons to US Attorney Civil Intake Clerk<br>Copy of Summons to Alberto R. Gonzales<br>Copy of Summons to Dr. Robert M. Gates<br>Sent Certified 7004 1160 0002 7262 2995 |

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia



Daniel E. Heily
9412 Brian Jac Court
Great Falls, Virginia 22066

**SUMMONS IN A CIVIL CASE**

V.

Dr. Robert M. Gates
US Department of Defense
and
Attorney General Alberto R. Gonzales
US Department of Justice

CASE NUMBER:   1:07-cv-00673

TO: (Name and address of Defendant)

Civil Process Clerk
United States Attorney's Office for the District of Columbia
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Heily
9412 Brian Jac Court
Great Falls, Virginia 22066

an answer to the complaint which is served on you with this summons, within _____Thirty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              4/26/07
CLERK                                                 DATE

T. Davis
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia



Daniel E. Heily
9412 Brian Jac Court
Great Falls, Virginia 22066

**SUMMONS IN A CIVIL CASE**

V.

Dr. Robert M. Gates
US Department of Defense
and
Attorney General Alberto R. Gonzales
US Department of Justice

CASE NUMBER:  1:07-cv-00673

TO: (Name and address of Defendant)

United States Department of Defense
Dr. Robert M. Gates, Secretary of Defense
c/o William J. Haynes, General Council DoD
1600 Defense Pentagon
Washington, DC 20301-1600

Attention:  Mike Reheuse

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Heily
9412 Brian Jac Court
Great Falls, Virginia 22066

an answer to the complaint which is served on you with this summons, within ____Thirty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    4/26/07

CLERK                                       DATE

T. Daius

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia



Daniel E. Heily
9412 Brian Jac Court
Great Falls, Virginia 22066

**SUMMONS IN A CIVIL CASE**

V.

Dr. Robert M. Gates
US Department of Defense
and
Attorney General Alberto R. Gonzales
US Department of Justice

CASE NUMBER: 1:07-cv-00673

TO: (Name and address of Defendant)

United States Department of Justice
Attorney General Alberto R. Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Heily
9412 Brian Jac Court
Great Falls, Virginia 22066

an answer to the complaint which is served on you with this summons, within ___**Thirty**___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                              4/26/07

CLERK                                                    DATE

T. Davis

(By) DEPUTY CLERK