IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

JUN 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DANIEL E. HEILY

Plaintiff,

v.

United States Department of Defense

and

United States Department of Justice

Defendants.

Case 1:07-cv-00673
Assigned to: Walton, Reggie B.
Assign Date 4/13/2007
Description: **HEILY V. US D.O.J.**

*The defendants in this matter, United States Department of Defense and the United States Justice Department, have not filed an answer in this matter and Summary Judgement is appropriate.*

### PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT

Comes now the Plaintiff Daniel E. Heily, and proffers this Motion for Summary Judgement in accordance with FRCP 56.

### UNCONTESTED FACTS

1.  The Bill of complaint was sent on April 13, 2007 to:

United States Department of Defense        Sent certified 7004 2890 0001 1303
Dr. Robert M. Gates
Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

United States Department of Justice        Sent certified 7004 2890 0001 1310 received April 17, 2007
Attorney General Alberto R. Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Jeffrey A. Taylor                          Sent certified 7004 2890 0001 1327 received April 17, 2007
United States Attorney's Office for the District of Columbia
555 4th Street, NW
Washington, DC 20530

2. The Bill of Complaint sent to Defendant Department of Defense was incomplete, and the complete package was resent on April 23, 2007 certified 7005 1160 0002 7262 2940. Notice was provided to the Court.

3. The US Attorney's Office notified me that I need to send a copy to the Civil Intake Clerk which was sent Certified 7005 1160 0002 7262 2995 and received on May 2, 2007.

4. The Summons (with a 30 day response) for this case were sent on April 28, 2007 as follows:

| | |
|---|---|
| Nancy Mayer-Whittington, Clerk of Court<br>Clerk's Office Case 1:07-cv-00673<br>United States District Court for the DC<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Original of Notice of Service<br>Copy of Summons to Alberto R. Gonzales<br>Copy of Summons to Dr. Robert M. Gates<br>Copy of Summons to US Attorney Civil Intake Clerk<br>Sent Certified 7004 1160 0002 7262 2964 |
| United States Department of Justice<br>Attorney General Alberto R. Gonzales<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Copy of Notice of Service<br>Original of Summons to Alberto R. Gonzales<br><br>Sent Certified 7004 1160 0002 7262 2971 |
| US Department of Defense<br>Dr. Robert M. Gates<br>Secretary of Defense<br>c/o William J. Haynes<br>General Council DoD<br>1600 Defense Pentagon<br>Washington, DC 20301-1600 | Copy of Notice of Service<br>Original of Summons to Dr. Robert M. Gates<br><br>Sent Certified 7004 1160 0002 7262 2988 |
| Civil Intake Clerk<br>United States Attorney's Office<br>for the District of Columbia<br>555 4th Street, NW<br>Washington, DC 20530 | Copy of Notice of Service<br>Original of Summons to US Attorney Civil Intake Clerk<br>Copy of Summons to Alberto R. Gonzales<br>Copy of Summons to Dr. Robert M. Gates<br>Sent Certified 7004 1160 0002 7262 2995 |

5. On June 17, 2007 the following email was sent to the Department of Justice

"Dear Attorney General;

Attached are the my Bill of Complaint and Summons.

You have not responded to the suit.

This email is notice that I will be filing a Motion for Summary Judgment based on your inaction.

I consider this email as an attempt to coordinate with you prior to filing a motion as required by the FRCP.

Very truly yours,

Dan Heily"

6. Department of Justice receipted the email *supra* on the same day it was sent.

## CONCLUSION

7. The Defendants have been properly served.

8. The Defendants have not answered.

9. This is a continuation of defendants contumacious behavior.

10. Plaintiff is entitled to a judgment as a matter of law in accordance with FRCP 56.

## RELIEF REQUESTED

11. Plaintiff requests that the defendants be ordered to provide all data requested in the FOIA and Privacy Act requests attached to the Bill of Complaint.


Respectfully Submitted this twenty-ninth day of June 2007.

*Daniel E. Heily*

Daniel E. Heily, Plaintiff
9412 Brian Jac Court
Great Falls, Virginia 22066-2009
703-755-5656