IN THE UNITED STATES DISTRICT FOR THE DISTRICT OF COLUMBIA

DANIEL E. HEILY

Plaintiff,

v.

United States Department of Defense, and

United States Department of Justice

Defendants.

Case 1:07-cv-00673
Assigned to: RW.

RECEIVED
JUL - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE AND CANCELLATION OF NOTICE

1. On June 29, Plaintiff mailed Plaintiff's Motion for Summary Judgement along with a Notice. The Notice contained the Certificate of Service for both the Notice and the Plaintiff's Motion for Summary Judgement.

2. Upon filing, I was advised that a Notice was not necessary for the Plaintiff's Motion for Summary Judgement, and the Notice was removed from the submittal.

3. This certifies that Plaintiff's Motion for Summary Judgement was sent to the parties listed below on June 29, 2007, postage prepaid US Mail.

| US Department of Defense<br>Dr. Robert M. Gates<br>Secretary of Defense<br>1000 Defense Pentagon<br>Washington, DC 20301-1000 | US Department of Justice<br>Attorney General Alberto R. Gonzales<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Jeffrey A. Taylor<br>United States Attorney's Office<br>for the District of Columbia<br>555 4th Street, NW<br>Washington, DC 20530 |

Respectfully Submitted this 30th Day of June 1998.

*Daniel E. Heily*
Daniel E. Heily, Plaintiff

---

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this instrument was mailed postage prepaid to the following parties on June 30, 2007.

**ORIGINAL**

*Daniel E. Heily*
Daniel E. Heily, Plaintiff

| Nancy Mayer-Whittington, Clerk of Court<br>Clerk's Office Case 1:07-cv-00673<br>US District Court for DC<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | US Department of Defense<br>Dr. Robert M. Gates<br>Secretary of Defense<br>1000 Defense Pentagon<br>Washington, DC 20301-1000 | US Department of Justice<br>Attorney General<br>Alberto R. Gonzales<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Jeffrey A. Taylor<br>US Attorney's Office<br>for the District of Columbia<br>555 4th Street, NW<br>Washington, DC 20530 |