IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL E. HEILY

Plaintiff,

v.

United States Department of Justice, and

United States Department of Defense

Defendants.

Case 1:07-cv-00673
Assigned to: RW.
Heily v. US DoJ



### Motion for CM/ECF Password

1. Comes now the *pro se* Plaintiff, Daniel Heily, and moves this Court for leave to obtain a CM/ECF Password.

2. I hereby certify that I meet the hardware and software requirements for CM/ECF access. These include high speed internet access, a regularly monitored email account (dan@heily.com), a scanner, a version of Adobe Acrobat that can produce pdf files from the scanner, and a CM/ECF compatible browser.

3. I hereby confirm the capacity to file documents and receive the filings of other parties electronically on a regular basis.

*Daniel E. Heily*
Daniel E. Heily, Plaintiff

---

### CERTIFICATE OF SERVICE

I hereby certify that an original and a copy of this Motion for CM/ECF Password was mailed postage prepaid to:

Nancy Mayer-Whittington, Clerk of Court
Clerk's Office Case 1:07-cv-00673
US District Court for DC
333 Constitution Avenue, N.W.
Washington, D.C. 20001 on March 20, 2008.

*Daniel E. Heily*
Daniel E. Heily, Plaintiff