IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL E. HEILY
    9412 Brian Jac Court
    Great Falls, Virginia 22066
    703-755-5656

Plaintiff,

v.

United States Department of Defense, and

United States Department of Justice

Defendants.

RECEIVED

MAR 0 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case 1:07-cv-00673
Assigned to: Walton, Reggie B.
Assign Date 4/13/2007
Description: **HEILY V. US D.O.J.**

ORIGINAL

## NOTICE OF HEARING ON
## PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT

**PLEASE TAKE NOTICE** that on Friday July 13, at 10:00 a.m., or as soon thereafter as plaintiff may be heard, the Plaintiff will move the Court, pursuant to Federal Rules of Civil Procedure 56 to approve Plaintiff's Motion for Summary Judgement the instant case. The Motion was submitted on June 29, 2007, and is also attached to this notice for convenience.

_____
Daniel E. Heily, Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice for Hearing on Plaintiff's Motion for Summary Judgement, and Plaintiff's Motion for Summary Judgement was mailed certified (number below), postage prepaid to the following parties on March 4, 2008.

_____
Daniel E. Heily, Plaintiff

| Nancy Mayer-Whittington | US Department of Defense | US Department of Justice | Jeffrey A. Taylor |
|---|---|---|---|
| Clerk of Court | Dr. Robert M. Gates | Attorney General | US Attorney's Office |
| Clerk's Office Case 1:07-cv-00673 | Secretary of Defense | Alberto R. Gonzales | for the District of Columbia |
| US District Court for DC | 1000 Defense Pentagon | U.S. Department of Justice | 555 4th Street, NW |
| 333 Constitution Avenue, N.W. | Washington, DC 20301-1000 | 950 Pennsylvania Ave, NW | Washington, DC 20530 |
| Washington, D.C. 20001 | *(one copy)* | Washington, DC 20530-0001 | *(one copy)* |
| *(original and one copy)* | | *(one copy)* | |
| 70051160000272623015 | 70051160000272623022 | 70051160000272623039 | 70051160000272623046 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL E. HEILY

Plaintiff,

v.

United States Department of Justice

and

United States Department of Defense

Defendants.

Case 1:07-cv-00673
Assigned to: Walton, Reggie B.
Assign Date 4/13/2007
Description: **HEILY V. US D.O.J.**

*The defendants in this matter, United States Department of Defense and the United States Justice Department, have not filed an answer in this matter and Summary Judgement is appropriate.*

### PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT

Comes now the Plaintiff Daniel E. Heily, and proffers this Motion for Summary Judgement in accordance with FRCP 56.

### UNCONTESTED FACTS

1. The Bill of complaint was sent on April 13, 2007 to:

United States Department of Defense      Sent certified 7004 2890 0001 1303
Dr. Robert M. Gates
Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

United States Department of Justice      Sent certified 7004 2890 0001 1310 received April 17, 2007
Attorney General Alberto R. Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Jeffrey A. Taylor      Sent certified 7004 2890 0001 1327 received April 17, 2007
United States Attorney's Office for the District of Columbia
555 4th Street, NW
Washington, DC 20530

2. The Bill of Complaint sent to Defendant Department of Defense was incomplete, and the complete package was resent on April 23, 2007 certified 7005 1160 0002 7262 2940. Notice was provided to the Court.

3. The US Attorney's Office notified me that I need to send a copy to the Civil Intake Clerk which was sent Certified 7005 1160 0002 7262 2995 and received on May 2, 2007.

4. The Summons (with a 30 day response) for this case were sent on April 28, 2007 as follows:

| | |
|---|---|
| Nancy Mayer-Whittington, Clerk of Court<br>Clerk's Office Case 1:07-cv-00673<br>United States District Court for the DC<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Original of Notice of Service<br>Copy of Summons to Alberto R. Gonzales<br>Copy of Summons to Dr. Robert M. Gates<br>Copy of Summons to US Attorney Civil Intake Clerk<br>Sent Certified 7004 1160 0002 7262 2964 |
| United States Department of Justice<br>Attorney General Alberto R. Gonzales<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Copy of Notice of Service<br>Original of Summons to Alberto R. Gonzales<br><br>Sent Certified 7004 1160 0002 7262 2971 |
| US Department of Defense<br>Dr. Robert M. Gates<br>Secretary of Defense<br>c/o William J. Haynes<br>General Council DoD<br>1600 Defense Pentagon<br>Washington, DC 20301-1600 | Copy of Notice of Service<br>Original of Summons to Dr. Robert M. Gates<br><br>Sent Certified 7004 1160 0002 7262 2988 |
| Civil Intake Clerk<br>United States Attorney's Office<br>for the District of Columbia<br>555 4th Street, NW<br>Washington, DC 20530 | Copy of Notice of Service<br>Original of Summons to US Attorney Civil Intake Clerk<br>Copy of Summons to Alberto R. Gonzales<br>Copy of Summons to Dr. Robert M. Gates<br>Sent Certified 7004 1160 0002 7262 2995 |

5. On June 17, 2007 the following email was sent to the Department of Justice

"Dear Attorney General;

Attached are the my Bill of Complaint and Summons.

You have not responded to the suit.

This email is notice that I will be filing a Motion for Summary Judgment based on your inaction.

I consider this email as an attempt to coordinate with you prior to filing a motion as required by the FRCP.

Very truly yours,

Dan Heily"

6. Department of Justice receipted the email *supra* on the same day it was sent.

## CONCLUSION

7. The Defendants have been properly served.

8. The Defendants have not answered.

9. This is a continuation of defendants contumacious behavior.

10. Plaintiff is entitled to a judgment as a matter of law in accordance with FRCP 56.

## RELIEF REQUESTED

11. Plaintiff requests that the defendants be ordered to provide all data requested in the FOIA and Privacy Act requests attached to the Bill of Complaint.


Respectfully Submitted this twenty-ninth day of June 2007.


*Daniel E. Heily*
Daniel E. Heily, Plaintiff
9412 Brian Jac Court
Great Falls, Virginia 22066-2009
703-755-5656

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORIGINAL

DANIEL E. HEILY

Plaintiff,

v.

United States Department of Justice, and

United States Department of Defense

Defendants.

Case 1:07-cv-00673
Assigned to: RW.
Heily v. US DoJ

## MOTION TO SHOW CAUSE
## WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT
## FOR FAILURE TO RESPOND TO A
## SUMMONS FROM THIS HONORABLE COURT

1. Comes now the Plaintiff, Daniel Heily, and moves this Court for the issuance of an order to show cause why Defendants USDOJ and USDOD should not be held in contempt of this court for failure to obey the attached Civil Summons issued by this honorable Court.

2. Plaintiff requests that copying costs, mailing costs, milage and parking costs to respond to the contumacious actions by the defendants be awarded to Plaintiff.

Respectfully Submitted this 4th Day of March 2008.

*[signature]*

Daniel E. Heily, Plaintiff

---

### CERTIFICATE OF SERVICE

I hereby certify that this instrument, Notice of Hearing, the three Summons issued by this Court, and the Notice of Service that transmitted the Summons' was mailed certified (number below), postage prepaid to the following parties on March 4, 2008.

*[signature]*

Daniel E. Heily, Plaintiff

| Nancy Mayer-Whittington<br>Clerk of Court<br>Clerk's Office Case 1:07-cv-00673<br>US District Court for DC<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001<br>(original and one copy)<br>70051160000272623015 | US Department of Defense<br>Dr. Robert M. Gates<br>Secretary of Defense<br>1000 Defense Pentagon<br>Washington, DC 20301-1000<br>(one copy)<br><br>70051160000272623022 | US Department of Justice<br>Attorney General<br>~~Alberto R. Gonzales~~<br>U.S. Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0001<br>(one copy)<br>70051160000272623030 | Jeffrey A. Taylor<br>US Attorney's Office<br>for the District of Columbia<br>555 4th Street, NW<br>Washington, DC 20530<br>(one copy)<br><br>70051160000272623046 |

9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


DANIEL E. HEILY
    9412 Brian Jac Court
    Great Falls, Virginia 22066
    703-755-5656

Plaintiff,

v.

United States Department of Defense
Serve  Dr. Robert M. Gates, Secretary of Defense
    c/o William J. Haynes, General Council DoD
    1600 Defense Pentagon
    Washington, DC 20301-1600

and

United States Department of Justice
Serve  Attorney General Alberto R. Gonzales
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001
Defendants.

Case 1:07-cv-00673
Assigned to: Walton, Reggie B.
Assign Date 4/13/2007
Description: **HEILY V. US D.O.J.**

Attention: Mike Reheuse

## NOTICE OF SERVICE

In accordance with FRCP Rule 4(i)(1) Plaintiff herewith transmits an original of Summons in a Civil Case (AO 440) to each Defendant, and a copy of each to the Clerk of this Court and to the Civil Intake Clerk for the US Attorney's Office for the District of Columbia.

/s/

Daniel Heily, Plaintiff

## Certificate of Service

I hereby certify that April 28, 2007 the following were sent as described below by US Mail postage prepaid.

/s/

Daniel E. Heily
Plaintiff

| | |
|---|---|
| Nancy Mayer-Whittington, Clerk of Court<br>Clerk's Office Case 1:07-cv-00673<br>United States District Court for the DC<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Original of Notice of Service<br>Copy of Summons to Alberto R. Gonzales<br>Copy of Summons to Dr. Robert M. Gates<br>Copy of Summons to US Attorney Civil Intake Clerk<br>Sent Certified 7004 1160 0002 7262 2964 |
| United States Department of Justice<br>Attorney General Alberto R. Gonzales<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Copy of Notice of Service<br>Original of Summons to Alberto R. Gonzales<br><br>Sent Certified 7004 1160 0002 7262 2971 |
| US Department of Defense<br>Dr. Robert M. Gates<br>Secretary of Defense<br>c/o William J. Haynes<br>General Council DoD<br>1600 Defense Pentagon<br>Washington, DC 20301-1600 | Copy of Notice of Service<br>Original of Summons to Dr. Robert M. Gates<br><br>Sent Certified 7004 1160 0002 7262 2988 |
| Civil Intake Clerk<br>United States Attorney's Office<br>for the District of Columbia<br>555 4th Street, NW<br>Washington, DC 20530 | Copy of Notice of Service<br>Original of Summons to US Attorney Civil Intake Clerk<br>Copy of Summons to Alberto R. Gonzales<br>Copy of Summons to Dr. Robert M. Gates<br>Sent Certified 7004 1160 0002 7262 2995 |

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Daniel E. Heily
9412 Brian Jac Court
Great Falls, Virginia 22066

**SUMMONS IN A CIVIL CASE**

V.

Dr. Robert M. Gates
US Department of Defense
and
Attorney General Alberto R. Gonzales
US Department of Justice

CASE NUMBER:   1:07-cv-00673

TO: (Name and address of Defendant)

Civil Process Clerk
United States Attorney's Office for the District of Columbia
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Heily
9412 Brian Jac Court
Great Falls, Virginia 22066

an answer to the complaint which is served on you with this summons, within ____Thirty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                                     4/26/07
CLERK                                                            DATE

T. Davis
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Daniel E. Heily
9412 Brian Jac Court
Great Falls, Virginia 22066

**SUMMONS IN A CIVIL CASE**

V.

Dr. Robert M. Gates
US Department of Defense
and
Attorney General Alberto R. Gonzales
US Department of Justice

CASE NUMBER: 1:07-cv-00673

TO: (Name and address of Defendant)

United States Department of Defense
Dr. Robert M. Gates, Secretary of Defense
c/o William J. Haynes, General Council DoD
1600 Defense Pentagon
Washington, DC 20301-1600

Attention: Mike Reheuse

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Heily
9412 Brian Jac Court
Great Falls, Virginia 22066

an answer to the complaint which is served on you with this summons, within ____Thirty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    4/26/07

CLERK                                       DATE

T. Davis

(By) DEPUTY CLERK