IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORIGINAL

DANIEL E. HEILY
    9412 Brian Jac Court
    Great Falls, Virginia 22066
    703-755-5656

Case 1:07-cv-00673
Assigned to: Walton, Reggie B.
Assign Date 4/13/2007
Description: **HEILY V. US D.O.J.**

Plaintiff,

v.

United States Department of Justice, and

United States Department of Defense

Defendants.

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on Friday March 21, 2008, at 10:00 a.m., or as soon thereafter as plaintiff may be heard, the Plaintiff will move the Court, pursuant to Federal Rules of Civil Procedure 4 to approve the attached <u>Motion to Show Cause Why Defendants Should Not Be Held in Contempt for Failure Respond to a Summons</u> from this honorable court.

Respectfully Submitted this 4th day of March, 2008.

*/s/ Daniel E. Heily*

Daniel E. Heily, Plaintiff

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Daniel E. Heily
9412 Brian Jac Court
Great Falls, Virginia 22066

**SUMMONS IN A CIVIL CASE**

V.

Dr. Robert M. Gates
US Department of Defense
and
Attorney General Alberto R. Gonzales
US Department of Justice

CASE NUMBER: 1:07-cv-00673

TO: (Name and address of Defendant)

United States Department of Justice
Attorney General Alberto R. Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Heily
9412 Brian Jac Court
Great Falls, Virginia 22066

an answer to the complaint which is served on you with this summons, within ____Thirty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                    4/26/07

CLERK                                          DATE

T. Davis

(By) DEPUTY CLERK