**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DANIEL E. HEILY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 1:07-cv-00673 (RBW)** |
| ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **DEFENSE, <u>et al.</u>** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**DEFENDANT'S MOTION TO REOPEN CASE**

Defendant, by counsel, moves to reopen this case pursuant to this Court's minute order of August 3, 2009.  The grounds for reopening the case are as follows:

1. Despite lengthy and diligent efforts to resolve this matter, the parties have been unable to reach a settlement.

2. Plaintiff pro se informed undersigned counsel that he wishes to move to amend the complaint, already amended once on November 17, 2008 (Docket #10).

3. Plaintiff pro se informed undersigned counsel that he plans to move to amend the complaint on or before August 28, 2009.

4. Defendants have not responded to plaintiff's amended complaint while the parties pursued settlement negotiations.

5. Plaintiff pro se consents to this motion to reopen and to defendants' responding to his motion for leave to amend the complaint.

6. Defendants will respond to plaintiff's second amended complaint if motion for leave to amend is granted.

Wherefore Defendants move, therefore, with plaintiff's consent, that the Court reopen this matter and that defendants be allowed to respond to plaintiff's forthcoming motion to amend complaint.

Respectfully submitted,

___/s_/_____
CHANNING D. PHILLIPS, D.C. BAR #415793
Acting United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

__/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C. 20530
(202) 514-7236

_____