IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HEILY

v.                                                CIVIL ACTION NO.1:07-cv-673

UNITED STATES DEPARTMENT OF DEFENSE et al

**MOTION TO RESCHEDULE OCTOBER 9 STATUS CONFERENCE**

1. Comes now the Plaintiff, Dan Heily, and requests this honorable court to reschedule the Status Conference currently set for October 9, 2009. Plaintiff has had a long scheduled (and paid for) tour to see the leaves change in the Hudson River Valley from October 5 through October 9, 2009.

2. The preferred date is **October 16, 2009.** That date has been coordinated with Defendant's attorney, Alexander Daniel Shoaibi on August 27, 2009.

3. Plaintiff can support other dates if October 16 cannot be utilized.

I ask for this (August 27, 2009)

*Dan Heily*

Dan Heily, Plaintiff pro se