UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL E. HEILY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 1:07-cv-00673 (RBW) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| DEFENSE, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Daniel E. Heily hereby dismisses this civil action.

Respectfully submitted,

*Daniel E. Heily*
_____
Daniel E. Heily
9412 Brian Jac Court
Great Falls, Virginia 22066-2009

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney
for the District of Columbia

RUDOLPH CONTRERAS, D.C. Bar # 434122
Chief, Civil Division

/s/Alexander D. Shoaibi
_____
ALEXANDER D. SHOAIBI, D.C. Bar  #423587
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
Tel:  (202) 514-7236

September 8, 2010                    Alexander.D.Shoaibi@usdoj.gov